UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
**1:08-12122 LTS**

**Marilyn McDonough**
Plaintiffs

V.

**John E. Potter**
Defendants

## JUDGMENT

**SOROKIN, M.J.**

Judgment is hereby entered in favor of the Defendant, **John E. Potter** against the Plaintiff, **Marilyn McDonough**, with each side to bear its own costs. JUDGMENT ENTERED. SO ORDERED.

    /s/ Leo T. Sorokin
    UNITED STATES MAGISTRATE JUDGE

Date: March 31, 2011